# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MARCUS CARDER, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | Civil Case No. JFM-14-61 |
| SFT. JOHN KENDZIORA, ET AL. | * | |
| Defendant. | * | |

*******

## ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's April 28, 2014 Report and Recommendations, to which no objections have been filed. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 16th day of June, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 10) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge